United States District Court

Northern District of California

PAUL SAMUEL JOHNSON,

    Petitioner,

  v.

SONOMA COUNTY SHERIFF STEVE FREITAS,

    Respondent.

Case No.: C 11-6688 CW (PR)

ORDER TO SHOW CAUSE; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his criminal conviction.  It does not appear from the face of the petition that it is without merit.  Good cause appearing, the Court hereby issues the following orders:

    1.   Petitioner's request to proceed in forma pauperis is GRANTED.

    2.   The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Office of the County Counsel, 575 Administration Drive, Room 105-A, Santa Rosa, CA, 95403.[1]  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

    3.   Respondent shall file with this Court and serve upon Petitioner, within sixty days of the issuance of this Order, an

---

[1] Petitioner was in state prison when he filed this petition, but now is incarcerated at the Sonoma County Jail.  In accordance with Rule 2(a) of the Rules Governing § 2254 Proceedings and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Court substitutes Steve Freitas, the Sheriff of Sonoma County, as Respondent, in place of Gary Swarthout and Matthew Cate.

Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

    4.   If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty days of his receipt of the Answer.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision on the date the Traverse is due.

        5.   Respondent may file with this Court and serve upon Petitioner, within fifty-six days of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.

    If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within twenty-eight days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within fourteen days of receipt of any opposition.

    6.   It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

  7. Extensions of time are not favored, though reasonable extensions will be granted.  Any motion for an extension of time must be filed no later than ten days prior to the deadline sought to be extended.

  8. The Clerk of the Court is directed to change the court docket to substitute Sonoma County Sheriff Steve Freitas as Respondent in place of Respondents Gary Swarthout and Matthew Cate.

  IT IS SO ORDERED.

Dated:

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE