IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL SAMUEL JOHNSON,** | Case No. C 11-6688 CW (PR) |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **STEVE FREITAS, Sonoma County Sheriff,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed by this Court on August 7, 2012, will be extended to January 7, 2013. Petitioner's traverse, if any, shall be filed and served within 30 days of service of the answer.

Dated: 11/27/2012

The Honorable Claudia Wilken

1

[~~Proposed~~] Order (C 11-6688 CW (PR))