IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>STEVE FREITAS, SONOMA COUNTY SHERIFF,<br><br>    Respondent._____/ | No. C 11-6688 CW (PR)<br><br>ORDER DIRECTING RESPONDENT TO FILE ANSWER TO PETITION |

Petitioner Paul Samuel Johnson filed this pro se petition for a writ of habeas corpus when he was incarcerated. On December 19, 2012, Respondent moved to dismiss the petition because it contained an unexhausted claim. Petitioner did not oppose the motion. On March 19, 2013, the Court found the unexhausted claim subject to dismissal for failure to state a cognizable ground for federal habeas corpus relief. Consequently, the Court dismissed the unexhausted claim and denied the motion to dismiss. Additionally, the Court, aware that Petitioner no longer is incarcerated, declined to require Respondent to file an answer addressing the two remaining claims in the petition unless Petitioner informed the Court of his continued intent to prosecute this action.

On March 25, 2013, Petitioner notified the Court that he intends to proceed with the prosecution of the present petition. Accordingly, the Court orders as follows:

No later than sixty days from the date of this Order, Respondent shall file with this Court and serve upon Petitioner an

Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer all portions of the state record that have been transcribed previously and are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent no later than <u>thirty</u> days from his receipt of the Answer. If he does not do so, the petition will be deemed submitted and ready for decision on the date the Traverse is due.

No hearings will be held in this matter without a Court order.

IT IS SO ORDERED.

Dated: 4/5/2013

CLAUDIA WILKEN
United States District Judge