IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>STEVE FREITAS, SONOMA COUNTY SHERIFF,<br><br>    Respondent.<br>_____/ | No. C 11-6688 CW (PR)<br><br>ORDER FOR RESPONDENT TO MAIL ANSWER TO PETITIONER AT CURRENT ADDRESS AND GRANTING PETITIONER EXTENSION OF TIME TO FILE TRAVERSE<br><br>Doc. no. 39 |

    On December 8, 2011, Petitioner Paul Samuel Johnson filed this pro se petition for a writ of habeas corpus based on an incident that occurred when he was incarcerated. On April 5, 2013, the Court directed Respondent to file an answer to the petition. See Doc. No. 28. On June 3, 2013, Respondent filed his answer and response to the petition.[1] See Doc. No. 32. On November 4, 2013, Petitioner filed a letter with the Court indicating that he was transferred back to Sonoma County and has not received Respondent's answer. See Doc. No. 39. The docket of this case shows that, since Petitioner filed this petition, his address has changed several times. Petitioner's address is now:

---

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to substitute Sheriff Steve Freitas as Respondent because he is Petitioner's current custodian.

F41309; M.A.D.F.; 2777 Ventura Avenue, Santa Rosa, California, 95403. Respondent mailed his answer to a different address at 600 Morgan Street. This may explain why Petitioner did not receive the answer.

In the interests of justice, Respondent is ordered to mail his answer with all the supporting documents to Petitioner at his current address. Respondent shall note the mailing of these documents on the Court's electronic filing system.

Petitioner's traverse was due on November 4, 2013. See Doc. No. 35. That date is now vacated. Petitioner's traverse is now due twenty-eight days from the day he is served with Respondent's answer.

The Clerk is directed to substitute Sheriff Steve Freitas as Respondent.

IT IS SO ORDERED.

Dated: 11/27/2013

CLAUDIA WILKEN
United States District Judge